EVAH BROTHERS, Respondent, *v.* THE CALIFORNIA INSURANCE COMPANY, Appellant.

(Argued March 19, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made December 13, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*George B. Wellington* for appellant.

*Edwin A. King* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____